IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SCHMUCK | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. 23-276 |
| | : | |
| PRIMECARE MEDICAL | : | Judge Kim R. Gibson |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

Respectfully submitted,

Date: August 23, 2024

By: /s/ Mary LeMieux-Fillery
    Mary LeMieux-Fillery, Esq.
    2 Penn Center, Suite 1240
    1500 John F. Kennedy Blvd.
    Philadelphia, PA 19102
    MaryF@EricShore.com
    *Attorneys for Plaintiff*

By: /s/Samantha C. Wolfe
    Samantha C. Wolfe (328845)
    409 North Second Street, Suite 500
    Harrisburg, PA 17101
    (717) 237-0852
    samantha.wolfe@bipc.com
    *Attorneys for Defendant*

AND NOW, this 27th day of August, 2024.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE